UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* ADRIAN JENKINS | )<br>)<br>) | Case No. 1:06-cv-0875-WTL-TAB<br>**ELECTRONICALLY FILED** |
| PLAINTIFF | ) | |
| vs. | )<br>) | |
| DW3, LLC, d/b/a AARONS SALES<br>AND LEASE OWNERSHIP, ET AL | )<br>)<br>) | |
| DEFENDANTS | ) | |
| STATE OF INDIANA,<br>*ex rel.*ADRIAN JENKINS | )<br>)<br>) | |
| PLAINTIFF | ) | |
| vs. | )<br>) | |
| DW3, LLC, d/b/a AARONS SALES<br>AND LEASE OWNERSHIP, ET AL | )<br>)<br>) | |
| DEFENDANTS | ) | |

## **AMENDED ANSWER TO COMPLAINT**

Come the Defendants, DW3, LLC, d/b/a Aarons Sales and Lease Ownership, Michael Bennett, Robert Whittle, and John Whittle (hereinafter collectively referred to as "Defendants," unless the context requires otherwise), by counsel, and for their Amended Answer to the Complaint in Qui Tam filed by the Plaintiff, Adrian Jenkins on behalf of the United States of America ("Plaintiff"), state as follows:

1. The Defendants reiterate and adopt the answers and averments previously stated in their Answer as if fully stated herein.

2.	That on or about two days after being terminated, the Plaintiff, Adrian Jenkins, along with another, approached the Defendant, Michael Bennett in his office at Aaron's and threatened Bennett, that Jenkins would make sure that Bennett served time in prison, unless Bennett and Aarons paid Jenkins money.

3.	That the essence of the threat, was that Bennett engaged in fraud and Jenkins would report him unless, Bennett or Aaron's paid him or restored his job status with Aaron's.

4.	That Bennett denied any wrongdoing.

5.	That this was Bennett's first knowledge that Jenkins intended to claim that Bennett was involved in wrongdoing or engaged in fraud against the government.

6.	That the Plaintiff, Jenkins' conduct serves as a bar to his claim against the Defendants.

WHEREFORE, the Defendants, DW3, LLC, d/b/a Aarons Sales and Lease Ownership, Michael Bennett, Robert Whittle, and John Whittle, demand as follows:

1.	That the Complaint of the Plaintiff, Adrian Jenkins on behalf of the United States of America, against the Defendants, DW3, LLC, d/b/a Aarons Sales and Lease Ownership, Michael Bennett, Robert Whittle, and John Whittle, be dismissed with prejudice;

2.	For their costs herein expended;

3.	For trial by jury; and

4.	For any and all other relief to which the Defendants, DW3, LLC, d/b/a Aarons Sales and Lease Ownership, Michael Bennett, Robert Whittle, and John Whittle, may be entitled.

>	Respectfully submitted,
>
>	*/s/ J. Denis Ogburn*
>	STEPHEN B. PENCE
>	J. DENIS OGBURN

>GENE F. ZIPPERLE, JR.
>MARTIN OGBURN & ZIPPERLE, PLLC
>Hurstbourne Place, Suite 1205
>9300 Shelbyville Road
>Louisville, Kentucky 40222
>Telephone:  (502) 736-6200
>Facsimile:   (502) 736-6205
>stevepence@mozlaw.com
>denis.ogburn@mozlaw.com
>gene.zipperle@mozlaw.com
>*Counsel for Defendants*
>*DW3, LLC, d/b/a Aarons Sales and Lease Ownership,*
>*Michael Bennett, Robert Whittle, and John Whittle*

## CERTIFICATE

I hereby certify that on the 29th day of December, 2009, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF System, which will send a Notice of Electronic Filing to the following:

| | |
|---|---|
| Arend J. Abel | Timothy M. Morrison |
| Cohen & Malad, LLP | Debra G. Richards |
| One Indiana Square, Suite 1400 | Assistant United States Attorney |
| Indianapolis, IN 46204 | 10 W. Market St. Ste. 2100 |
| aabel@cohenandmalad.com | Indianapolis, IN 46204 |

>*/s/ J. Denis Ogburn*
>*Counsel for Defendants*
>*DW3, LLC, d/b/a Aarons Sales and Lease Ownership,*
>*Michael Bennett, Robert Whittle, and John Whittle*